## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**TANDRA M. JARAMILLO,**

      **Plaintiff,**

      **vs.**                            **CV 15-722 WPL**

**CAROLYN W. COLVIN,**
**Acting Commissioner of**
**Social Security,**

      **Defendant.**

## ORDER GRANTING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

THIS MATTER having come before the Court on the parties' Stipulated Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act [Doc. 29], the Court FINDS that the MOTION should be GRANTED.

IT IS THEREFORE ORDERED THAT the motion is GRANTED and **Plaintiff is awarded $3,500.00 in attorney fees** pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586, 591-93 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

Payment of this amount shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. The parties further agree that the EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to Social Security Act § 206(b), 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006).

IT IS FURTHER ORDERED THAT if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED.

_____
THE HONORABLE WILLIAM P. LYNCH
UNITED STATES MAGISTRATE JUDGE

Submitted By:

*s/ Jennifer A. Randall*
Jennifer A. Randall
Attorney for Defendant

Email Approval on 6/16/2016
Francesca MacDowell
Attorney for Plaintiff